MAGISTRATE JUDGE ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5650 |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| RYAN LAWRENCE, | ) | |
| Defendant. | ) | |

The Court having considered the Stipulation executed by the parties pursuant to 18 U.S.C. § 3161(H)(8)(a) concerning a continuance of the trial date in this case, finds that continuing the trial date is necessary to allow defense counsel additional time to prepare and negotiate and to allow for the defendant to make appropriate travel arrangements that do not interfere with his studies.

//
//
//
//
//

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE            1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1  //

2        IT IS THEREFORE ORDERED that the trial in this case shall be continued

3  to January 9, 2006, and that the period of time from December 12, 2005, up to and

4  including January 9, 2006, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A).

5

6        DONE this <u>30th</u> day of November, 2005.

7

8

9                   <u>*/s/ J. Kelley Arnold*</u>
                      J. KELLEY ARNOLD

10                       UNITED STATES MAGISTRATE JUDGE

11

12

13 Presented By:

14

15 <u>/s/</u>
  Linda R. Sullivan

16 Attorney for Defendant

17

18

19 <u>/s/</u>
  Capt. Glen Templeton
  Special Assistant United States Attorney

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE     2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710